**PRESTIGE LEGAL SOLUTIONS, P.C.**
Michelle Yang, Esq. (SBN 325467)
myang@plsfirm.com
Stephanie S. Pengilley (306508)
spengilley@plsfirm.com
Sanam Vaziri, Esq. (SBN 177384)
svaziri@plsfirm.com
6420 Wilshire Blvd. Suite 1400
Los Angeles, CA 90048
Telephone: (310) 758-1283
Fax: (310) 933-5821
Email: eservice@plsfirm.com
Attorneys for Plaintiff,
**VANESSA DRISCOLL**

**ONGARO PC**
SCOTT S. SHEPARDSON (State Bar No. 197446)
sshepardson@ongaropc.com
KIRSTEN MCNELLY BIBBES (State Bar No. 276308)
kbibbes@ongaropc.com
JOVANNI VILLA (State Bar No. 351958)
jvilla@ongaropc.com
1604 Union Street
San Francisco, CA 94123
Telephone: (415) 433-3900
Facsimile: (415) 433-3950
Email: HMAe-service@ongaropc.com
Attorneys for Defendant,
**HYUNDAI MOTOR AMERICA**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA DRISCOLL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, a California Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-09428-EMC<br><br>*Assigned to:* Hon. EDWARD M. CHEN<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>State Complaint Filed: 09/25/2025<br>Removal Date:          10/31/2025 |

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

PRESTIGE LEGAL SOLUTIONS, P.C.
6420 WILSHIRE BLVD., SUITE 1400, LOS ANGELES, CA 90048

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties. The clerk is directed to close the file.

Dated: June 18, 2026

_____
HONORABLE EDWARD M. CHEN
United States District Court Judge

PRESTIGE LEGAL SOLUTIONS, P.C.
6420 WILSHIRE BLVD., SUITE 1400, LOS ANGELES, CA 90048

2
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE